9 A.3d 1136

**Purcell BRONSON, Petitioner**

v.

**COMMON PLEAS COURT OF PHILADELPHIA COUNTY, Respondent.**

No. 127 EM 2010.

Supreme Court of Pennsylvania.

Dec. 7, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 7th day of December, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**